UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD GODEC, | ) | CASE NO. 1: 12 CV 01041 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | MAGISTRATE JUDGE WHITE |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Consistent with the Court's Memorandum Opinion and Order adopting the Magistrate Judge's Report and Recommendation and denying Plaintiff's application for a Period of Disability, Disability Insurance Benefits, and Social Security Income, judgment is entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

*s/Donald C. Nugent*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: March 20, 2013